Argued July 2, affirmed October 17, 1962

## WOOD v. WOOD
### 375 P. 2d 91

*Lawrence Osterman,* Salem, argued the cause for appellant. On the brief were Osterman & Williams, Salem.

*H. William Barlow,* Salem, argued the cause for respondent. With him on the brief was Ronald C. Glover, Salem.

Before MCALLISTER, Chief Justice, and ROSSMAN, PERRY, GOODWIN and LUSK, Justices.

PER CURIAM.

This is an appeal by the defendant from a decree granting his wife a divorce on the grounds of desertion and denying defendant any interest in certain real property owned by her. We have carefully reviewed the evidence and are satisfied that the decree of the trial court should be, and it is hereby affirmed.